1064

[No. 28281-6-I.   Division One.   May 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNN
LOUGH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-00859-9, James A. Noe, J., entered March
28, 1991. *Affirmed* by unpublished opinion per Kennedy, J.,
concurred in by Webster, C.J., Scholfield, J., dissenting.
Now published at 70 Wn. App. 302.

[No. 29641-8-I.   Division One.   May 3, 1993.]

VERNON D. CLAUSING, ET AL, *Appellants*, v. DAN S.
JOHNSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-19626-5, Lloyd W. Bever, J., entered Octo-
ber 22, 1991. *Reversed* by unpublished opinion per Schol-
field, J., concurred in by Webster, C.J., and Forrest, J.

[No. 28966-7-I.   Division One.   May 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CASSONDRA
CHAPPELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-01881-4, Terrence A. Carroll, J., entered
July 31, 1991. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Webster, C.J., and Forrest, J.

[No. 30716-9-I.   Division One.   May 3, 1993.]

MARIE JOHNSON, *Appellant*, v. THE CITY
OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-10381-0, Liem E. Tuai, J., entered April
16, 1992. *Affirmed* by unpublished per curiam opinion.